UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, | |
| -vs- | Case No. 4:05-CR-0284-HEA |
| KENNETH R. FISHER, <br> Defendant. | |

### ORDER

The purpose for which cash bail was posted in the above styled matter having now been served, the Clerk is hereby ORDERED to draw a Registry Check in the sum of $ 2,500.00 to the surety of record.

_____
UNITED STATES DISTRICT JUDGE

Dated this 27th day of January, 2005.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### VERIFICATION OF DEFENDANT'S STATUS
(to be completed by the District Court)

I certify that the amount of the bond listed above is being held in the Registry of the United States District Court-Eastern District of Missouri. I also certify that the status of the defendant is such that the conditions of the bond have been met as of this 27TH day of January, 2006.

/s/ Cindy Kornberger
Deputy Clerk